UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ERIC CASEY,

                          Plaintiff,

    -v-                                                       9:13-CV-1271
                                                                  (DNH/TWD)

M. BROCKLEY, Correctional Officer, Great
Meadow Correctional Facility; H. COLVIN,
Correctional Officer, Great Meadow Correctional
Facility; A. MAYO, Correctional Officer, Great
Meadow Correctional Facility; C. GOODRICH,
Correctional Officer, Great Meadow Correctional
Facility; WANNINGER, Correctional Officer, Great
Meadow Correctional Facility; H. CLAPPER,
Registered Nurse, Great Meadow Correctional
Facility; T. HERMANCE, Registered Nurse, Great
Meadow Correctional Facility; BOYCE, Registered
Nurse, Great Meadow Correctional Facility; and
S. RACETTE, Superintendent, Great Meadow
Correctional Facility,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
APPEARANCES:

ERIC CASEY
Plaintiff pro se
25 West 132nd Street - Apt. 5J
New York, NY 10037

HON. ERIC T. SCHNEIDERMAN              BRIAN W. MATULA, ESQ.
Attorney General for the State of New York     Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224


DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

Pro se plaintiff Eric Casey brought this civil rights action pursuant to 42 U.S.C. § 1983. On February 16, 2018, the Honorable Therese Wiley Dancks, United States Magistrate Judge, advised by Report-Recommendation that defendants' motion for summary judgment be granted in part and denied in part. Magistrate Judge Dancks recommended that summary judgment be granted as to defendants Racette, Clapper, Boyce, and Hermance and those defendants dismissed and denied as to defendants Brockley, Colvin, Mayo, Goodrich, and Wanniger. Plaintiff filed timely objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED in part and plaintiff's complaint is DISMISSED as against defendants Racette, Clapper, Boyce, and Hermance;

2. Defendants' motion for summary judgment is DENIED as to defendants Brockley, Colvin, Mayo, Goodrich, and Wanniger and those claims remain; and

3. Trial on the remaining claims is scheduled for August 13, 2018, in Utica, New York.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 19, 2018
 Utica, New York.